OPINION OF THE COURT
 

 Memorandum.
 

 Order affirmed, with costs, for the reasons stated in the memorandum of the Appellate Division (134 AD2d 350). We add only that there was no abuse of discretion in ordering that respondent must accept State-ready inmates from petitioner’s custody within 14 days of sentencing unless exigent circumstances which justify a further limited delay are present in a particular case.
 
 (See also, Matter of Ayers v Coughlin,
 
 72 NY2d 346 [decided today]).
 

 
 *986
 
 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 Order affirmed, with costs, in a memorandum.